IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1706-12






BRADLEY HAROLD ANDREWS, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE SECOND COURT OF APPEALS


TARRANT COUNTY





 Per curiam. Keasler and Hervey, J.J., dissent


O R D E R 



 The petition for discretionary review violates Rule of Appellate Procedure 68.4(i)
because it does not contain a complete copy of the opinion of the court of appeals.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition must be filed in the
Court of Criminal Appeals within thirty days after the date of this order.


Filed: February 13, 2013

Do Not Publish